**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marlon R. LEE, Defendant–Appellant.**

**No. 08–10387.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2009.*

Filed May 26, 2009.

Robert Lawrence Ellman, Esquire, Peter Stuart Levitt, Esquire, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Shari Kaufman, Jason F. Carr, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Marlon R. Lee, San Pedro, CA, pro se.

Before: PREGERSON, CANBY, and BERZON, Circuit Judges.

MEMORANDUM **

Marlon R. Lee appeals from the district court's denial of his motion to reduce his 120–month sentence pursuant to 18 U.S.C. § 3582(c)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lee's counsel has filed a brief stating there are no arguable grounds for relief, along with a motion to withdraw as counsel of record. Appellant filed a pro se supplemental brief, and the government did not file an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's order is **AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.